UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA,

                  Plaintiff,          CASE NO: 25 MJ 3820 (KPB)

    -against-                  **ORDER OF DISMISSAL**

GAEL F. JAMES,

                  Defendant.

------------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED,

Hon. Kim P. Berg
United States Magistrate Judge

Dated: 29th day of May, 2026
      White Plains, New York